

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-08-00358-CV

_____

ST. JOSEPH REGIONAL HEALTH CENTER,
PATRICIA SISTRUNK, R.N., AND
AMANDA GLOVER, R.N.,

                                                            **Appellants**

 v.

GRANT TAYLOR, M.D., AND MELISSA POWELL, M.D.,
INDIVIDUALLY AND AS PARENTS AND
NEXT FRIENDS OF E.A.T., A CHILD,

                                                            **Appellees**

_____

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 08-000611-CV-272**

_____

## MEMORANDUM OPINION

_____

The parties have filed a joint motion to dismiss this appeal.  The motion is granted,

and the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(2).

                                        PER CURIAM

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed July 22, 2009
[CV06]